IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA\

| | |
|---|---|
| **LYNNETTE D. BROWN**  :  **Plaintiff,**  :   :  v.   :   :  **THE CHILDREN'S HOSPITAL OF**  :  **PHILADELPHIA,** *et al.*  :  **Defendants.**  :   : | **CIVIL ACTION NO. 10-3660** |

# ORDER

**AND NOW,** this 29th day of January 2013, upon consideration of Defendants' Motion for Summary Judgment, the opposition thereto, and the evidence and arguments submitted by both parties, and for the reasons explained in the accompanying memorandum of law, it is hereby **ORDERED** that the Motion is **DENIED**.[1]

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

---

[1] Plaintiff has withdrawn Counts III and IV of the Second Amended Complaint.